IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AETHER THERAPEUTICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 20-381-MN |
| ASTRAZENECA AB, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME**

This _____ day of _____, 2020, Defendants AstraZeneca AB, AstraZeneca Pharmaceuticals LP, and Nektar Therapeutics having moved for an extension of time to respond to the First Amended Complaint for Patent Infringement, and the Court having concluded that there is good cause for such an extension,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED, and the time for Defendants AstraZeneca AB, AstraZeneca Pharmaceuticals LP, and Nektar Therapeutics to move, answer, or otherwise respond to the First Amended Complaint for Patent Infringement is extended until July 16, 2020.

_____
United States District Judge

ME1 33645957v.1