## **RULE 7.1.1 CERTIFICATION**

Pursuant to D. Del. L.R. 7.1.1, the undersigned counsel hereby certifies that counsel for Defendants conferred with counsel for Plaintiff, including verbally by teleconference involving Delaware counsel, regarding the relief sought in the foregoing motion and that the parties were unable to reach agreement on the relief sought therein.

Dated:  June 18, 2020 */s/ Daniel M. Silver*
Daniel M. Silver (#4758)