

Stamatios Stamoulis
stamoulis@swdelaw.com

August 17, 2021

The Honorable Marellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19 Room 4324
Wilmington, DE 19801

>  Re: *Aether Therapeutic Inc. v. Astrazeneca AB, et al.,* **In the United States District Court for the District of Delaware, Case No. 1:20-cv-381-MN**

Dear Judge Noreika:

Please allow this letter to confirm that the Plaintiff's tutorial has been submitted to chambers by email in the above-referenced case.

If you have any questions, please do not hesitate to contact my office.

Respectfully,

Stamatios Stamoulis
*Counsel for Plaintiff*

cc: Counsel of Record (via CM/ECF)

800 N. West Street | Third Floor | Wilmington, DE 19801 | T 302 999-1540
*www.swdelaw.com*